IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | | |
|---|---|---|
| SANDRA F. BABEL, MICHAEL HARVEL, SUSAN S. BLAINE, JERRY R. LETTERMAN, and CHESTER R. HOLT, Individually, and On Behalf of All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 12-cv-194 |
| v. | ) ) | |
| AMERICAN TRAFFIC SOLUTIONS, INC., and the TOWN OF BLUFF CITY, TENNESSEE, | ) ) ) ) | |
| Defendants. | ) | |

NOTICE TO PLAINTIFF'S COUNSEL OF REMOVAL OF CASE
TO THE UNITED STATES DISTRICT COURT

To: Robert L. King
P.O. Box 4055
Johnson City, TN 37602-4055
423-283-5445
kinglaw@chartertn.net

Pursuant to 28 U.S.C. § 1446(d), notice is given that this action, originally filed in the Chancery Court of Washington County, Tennessee, and docketed as Civil Action Number 41588 has been removed to the United States District Court for the Eastern District of Tennessee at Greenville. A copy of the Notice of Removal filed with the United States District is also served with this Notice to Plaintiffs' Counsel.

Exhibit 3

Respectfully submitted this 9th day of May, 2012.

                               **MILLER & MARTIN PLLC**

                               By: s/Jade D. Dodds
                                     C. Crews Townsend, TN BPR #12274
                                     ctownsend@millermartin.com
                                     Thomas E. Hayes, TN BPR #24481
                                     thayes@millermartin.com
                                     Jade D. Dodds, TN BPR #028004
                                     jdodds@millermartin.com
Volunteer Bldg. Suite 1000
832 Georgia Avenue
Chattanooga, TN    37402
Telephone: 423-756-6600
Fax: 423-321-1511
*Counsel for American Traffic Solutions, Inc.*

-and-

**MILLIGAN & COLEMAN**

s/ Thomas J. Garland, Jr.
Thomas J. Garland, Jr., BPR # 011495
tgarland@milligancoleman.com
P. O. Box 1060
Greeneville, TN 37744-1060
423.639.6811

**HERRIN, BOOZE & MCPEAK**

s/ K. Erickson Herrin
K. Erickson Herrin, BPR # 012110
lisa@hbm-lawfirm.com
P.O. Box 629
Johnson City, TN 37605-0629
423.929.7113

*Attorneys for Bluff City*

# CERTIFICATE OF SERVICE

      I hereby certify that on **May 9, 2012**, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                              Robert L. King
                              P.O. Box 4055
                              Johnson City, TN 37602-4055
                              kinglaw@chartertn.net

                              **MILLER & MARTIN PLLC**

                              By: s/ Jade D. Dodds
                                  C. Crews Townsend, TN BPR #12274
                                  ctownsend@millermartin.com
                                  Thomas E. Hayes, TN BPR #24481
                                  thayes@millermartin.com
                                  Jade D. Dodds, TN BPR #028004
                                  jdodds@millermartin.com
                              Volunteer Bldg. Suite 1000
                              832 Georgia Avenue
                              Chattanooga, TN 37402
                              Telephone: 423-756-6600
                              Fax: 423-321-1511
                              *Counsel for American Traffic Solutions, Inc.*

| **MILLIGAN & COLEMAN** | **HERRIN, BOOZE & MCPEAK** |
|---|---|
| s/ Thomas J. Garland, Jr. | s/ K. Erickson Herrin |
| Thomas J. Garland, Jr., BPR # 011495 | K. Erickson Herrin, BPR # 012110 |
| tgarland@milligancoleman.com | lisa@hbm-lawfirm.com |
| P. O. Box 1060 | P.O. Box 629 |
| Greeneville, TN 37744-1060 | Johnson City, Tennessee 37605-0629 |
| (423) 639-6811 | (423) 929-7113 |
| *Attorneys for Bluff City* | *Attorneys for Bluff City* |