IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | | |
|---|---|---|
| SANDRA F. BABEL, MICHAEL HARVEL, SUSAN S. BLAINE, JERRY R. LETTERMAN, and CHESTER R. HOLT, Individually, and On Behalf of All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 12-cv-194 |
| v. | ) ) | |
| AMERICAN TRAFFIC SOLUTIONS, INC., and the TOWN OF BLUFF CITY, TENNESSEE, | ) ) ) ) | |
| Defendants. | ) | |

## CORPORATE INTEREST DISCLOSURE STATEMENT
## OF AMERICAN TRAFFIC SOLUTIONS, INC.

I, the undersigned counsel of record for American Traffic Solutions, Inc. ("ATS"), certify to the best of my knowledge and belief that ATS has the following parent corporation(s) and/or the following publicly held corporation(s) own 10% or more of ATS's stock:

ATS is a direct, wholly-owned subsidiary of ATS Consolidated, Inc. No publicly held corporation(s) own any of ATS's stock.

Respectfully submitted this 14th day of May, 2012.

        MILLER & MARTIN PLLC

        By: s/ Jade D. Dodds
            C. Crews Townsend, TN BPR #12274
            ctownsend@millermartin.com
            Thomas E. Hayes, TN BPR #24481
            thayes@millermartin.com
            Jade D. Dodds, TN BPR #028004
            jdodds@millermartin.com

Content_9648788_1.DOC

Case 2:12-cv-00194 Document 2 Filed 05/14/12 Page 1 of 3 PageID #: 53

Volunteer Bldg. Suite 1000
832 Georgia Avenue
Chattanooga, TN 37402
Telephone: 423-756-6600
Fax: 423-321-1511
*Counsel for American Traffic Solutions, Inc.*

**-and-**

**MILLIGAN & COLEMAN**

s/ Thomas J. Garland, Jr.
Thomas J. Garland, Jr., BPR # 011495
tgarland@milligancoleman.com
P. O. Box 1060
Greeneville, TN 37744-1060
423.639.6811

**HERRIN, BOOZE & MCPEAK**

s/ K. Erickson Herrin
K. Erickson Herrin, BPR # 012110
lisa@hbm-lawfirm.com
P.O. Box 629
Johnson City, TN 37605-0629
423.929.7113

*Attorneys for Bluff City*

# CERTIFICATE OF SERVICE

     I hereby certify that on **May 14, 2012**, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

     Robert L. King
P.O. Box 4055
Johnson City, TN 37602-4055
kinglaw@chartertn.net

**MILLER & MARTIN PLLC**

s/ Jade D. Dodds
C. Crews Townsend, TN BPR #12274
ctownsend@millermartin.com
Thomas E. Hayes, TN BPR #24481
thayes@millermartin.com
Jade D. Dodds, TN BPR #028004
jdodds@millermartin.com

Volunteer Bldg. Suite 1000
832 Georgia Avenue
Chattanooga, TN 37402
Telephone: 423-756-6600
Fax: 423-321-1511
*Counsel for American Traffic Solutions, Inc.*

| MILLIGAN & COLEMAN | HERRIN, BOOZE & MCPEAK |
|---|---|
| s/ Thomas J. Garland, Jr. | s/ K. Erickson Herrin |
| Thomas J. Garland, Jr., BPR # 011495<br>tgarland@milligancoleman.com<br>P. O. Box 1060<br>Greeneville, TN 37744-1060<br>(423) 639-6811 | K. Erickson Herrin, BPR # 012110<br>lisa@hbm-lawfirm.com<br>P.O. Box 629<br>Johnson City, Tennessee 37605-0629<br>(423) 929-7113 |
| *Attorneys for Bluff City* | *Attorneys for Bluff City* |